# Chip B. Lewis
### Lawyer
1207 S. Shepherd. Dr.
Houston, Texas 77019

———

713/523-7878

Fax: 713/523-7887

email: chipblewis@aol.com

April 9, 2015

FILED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

Court of Criminal Appeals
Clerk: Abel Acosta
P.O. Box 12308
Austin, Texas 78711

    *Re: Damon West, Trial Court Case No. W09-00248-Y (B), CCA No. WR-78,439-02*

To Whom It May Concern:

    This is a notice that I represent Damon West, Applicant, in regards to the application for a writ of habeas corpus, No. WR-78,439-02.

Regards,

Chip B. Lewis

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk